John P. Pringle, SBN 072300
Toan B. Chung, SBN 276505
**ROQUEMORE, PRINGLE & MOORE, INC.**
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040-2466
Tel No. (323) 724-3117
Fax No. (323) 724-5410
tbchung@rpmlaw.com

Attorneys for Plaintiff Rosendo Gonzalez,
Chapter 7 Trustee



# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RUSSELL LOUIS FURIE,<br><br>Debtor.<br><br>ROSENDO GONZALEZ, CHAPTER 7 BANKRUPTCY TRUSTEE of Russell Louis Furie,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL LOUIS FURIE,<br><br>Defendant. | Case No. 2:13-bk-18101-BR<br><br>Adv No. 2:13-ap-01963-BR<br><br>Chapter 7<br><br>**UNILATERAL PRETRIAL ORDER [LBR 7016-1(b)]**<br><br>[Lodged Concurrently with Declaration of Counsel in Support of Unilateral Pretrial Order]<br><br>Date: February 18, 2014<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**IN SAID DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE ASCRIBED BELOW:**

   Plaintiff, Rosendo Gonzalez (the "Trustee" or "Plaintiff"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate (the "Estate") of the above-captioned debtor Russell Louis Furie (the "Debtor") in Case No. 2:13-bk-18101-BR (the "Bankruptcy Case"), and defendant Russell Louis Furie (the "Defendant" or the "Debtor") hereby submit his pretrial order

for Adv No. 2:13-ap-01963-BR (the "Adversary Proceeding").

**A.    The following facts are admitted and require no proof:**

1. Plaintiff is the duly appointed and acting chapter 7 trustee of the Debtor.

2. The Debtor initiated the Bankruptcy Case on March 28, 2013 (the "Petition Date").

3. Prior to the Petition Date, the Debtor was the sole owner of the improved real property commonly known as 26766 Claudette Street #415, Canyon Country, CA 91351, APN No. 2836-055-015 (the "Real Property").

4. There are no secured loans on the Real Property.

5. The Real Property was the Debtor's most valuable asset.

6. On May 2011, creditor Joseph R. Brown ("Brown") filed a lawsuit against the Debtor entitled Brown v. Furie case no. BC46116 in the Los Angeles Superior Court (the "Brown's Suit").

7. While the Brown's Suit was still pending, the Debtor created a trust entitled the Douglas Mae Trust (the "Trust") on July 11, 2011.

8. Elizabeth S. Romero (the "Defendant") is the Trustee of said Trust. The Defendant is the Debtor's girlfriend.

9. On July 12, 2011, the Debtor transferred his interest in the Real Property to the Trust (the "2011 Transfer").

10. The Debtor did not receive any monetary consideration for the 2011 Transfer.

11. The Debtor is residing in the Real Property.

12. Brown obtained a Judgment against the Debtor on September 7, 2011 in the amount of $98,824.00.

13. On or around July 12, 2011, the Debtor was not employed.

14. The Debtor has not been employed since January 2003.

15. On or around July 12, 2011, the Debtor was required to pay domestic support.

16. On or around July 12, 2011, the Debtor was attempting to reduce his domestic support obligations.

17. On or around July 12, 2011, the Debtor owed money to creditor Joseph Brown.

18. The Debtor filed his original Petition consisting of five (5) pages on the Petition Date.

19. The Debtor filed his original Schedules and SOFAs on April 9, 2013. The Debtor failed to disclose the 2011 Transfer on SOFAs, item no. 10.

20. The Trustee subsequently discovered the 2011 Transfer and inquired of the Debtor about same.

21. The Debtor subsequently amended his SOFAs to disclose the 2011 Transfer on July 9, 2013, approximately four (4) months after the Petition Date.

22. The Debtor did not serve the amended SOFAs reflecting the 2011 Transfer to all creditors. Per the Proof of Service, the Debtor only served Lisa Rosenthal. No other creditors were served, including Joseph Brown.

23. The Debtor had investment interests in "RFK Investment, Inc., RKF Enterprises, RKF Inc., RKF in Care of Furie Trust Roth" (collectively the "RKF Entities").

24. The Debtor owned a payday loan business located at 13633 ½ Foothill Blvd., Sylmar, CA 91342 known as Check by Check ("Check by Check") which he sold to Leonard Leeds ("Leeds") for the sum of $20,000.

25. Leonard Leeds is the Debtor's biological father.

B. **The following issues of fact, and no others remain to be litigated:**

[handwritten: (Ra) 1-A on or around July 1, 2011, the debtor was permanently disabled and not employed]

1. Did the Debtor knowingly and fraudulently, in or in connection with the case made a false oath or account?

2. Did the Debtor intend to hinder, delay or defraud his creditors?

3. Did the Debtor intend to hinder, delay or defraud the Plaintiff?

C. **The following issues of law, and no others, remain to be litigated:**

1. Whether a discharge should be denied pursuant to 11 U.S.C. § 727(a)(4)(A)?

2. Whether a discharge should be denied pursuant to 11 11 U.S.C. § 727(a)(2)(A)?

D. **Attached as Exhibit "A" hereto is a list of Plaintiff's exhibits intended to be offered at trial other than exhibits to be used for impeachment only. The Plaintiff's counsel has tendered to the Defendant all exhibits.**

1  E.  Attached as Exhibit "B" hereto is a list of Plaintiff's witnesses to be called at trial.

2  F.  Other matters that might affect the trial, such as anticipated motions in limine, or other pre-trial motions: the Plaintiff is preparing Motion for Summary Judgment.

4  G.  All discovery is completed.

5  H.  The parties are ready for trial subject to the disposition of the Plaintiff's Motion for Summary Judgment.

7  I.  The estimated length of trial is: 1 day.

8  J.  The foregoing admissions have been made by the parties, and the parties have specified the foregoing issues of fact and law remaining to be litigated.  Therefore, this order shall supersede the pleadings and govern the course of trial of this action, unless modified to prevent manifest injustice.

Respectfully submitted,

DATED: February 3, 2014  **ROQUEMORE, PRINGLE & MOORE, INC.**

By: /s/ Toan B. Chung
    Toan B. Chung, Esq.
    Attorney for Plaintiff Rosendo Gonzalez,
    Chapter 7 Trustee

**ORDER**

IT IS SO ORDERED.

4/9/14

[signature]

# Exhibit A

Plaintiff intends to introduce the following exhibits at trial, without waiving the right to introduce additional exhibits for the purpose of rebuttal or impeachment.

| ID. NO. | DESCRIPTION | DATE INTRODUCED | DATE ADMITTED |
|---|---|---|---|
| 1 | March 28, 2013. Debtor's original Petition. | | |
| 2 | April 9, 2013. Debtor's original Schedules and SOFAs. | | |
| 3 | July 9, 2013. Debtor's amended SOFAs. | | |
| 4 | July 11, 2011. Douglas Mae Trust. | | |
| 5 | July 12, 2011. Quitclaim Deed in the Official Records of the Recorder's Office of Los Angeles County, California as Instrument No. 20110936215. | | |
| 6 | August 12, 2013. Original Complaint | | |
| 7 | December 27, 2013. Plaintiff's Interrogatories. | | |
| 8 | December 27, 2013. Plaintiff's Requests for Admissions. | | |
| 9 | December 27, 2013. Plaintiff's Requests for Production of Documents. | | |
| 10 | January 27, 2013. Defendant's Answers to Plaintiff's First Set of Production of Documents | | |

Case 2:13-ap-01963-BR    Doc 22    Filed 04/09/14    Entered 04/10/14 17:27:23    Desc
Main Document    Page 6 of 8

| ID. NO. | DESCRIPTION | DATE INTRODUCED | DATE ADMITTED |
|---|---|---|---|
| 11 | January 27, 2013. Defendant's Answers to Plaintiff's First Set of Request for Admissions | | |
| 12 | January 27, 2013. Defendant's Answers to Plaintiff's First Set of Production of Propounded Questions | | |
| 13 | April 12, 2013. Letter from the Law Office of Joseph R. Brown. | | |
| 14 | April 14, 2012. Declaration of Russell Furie in Support of No 2012 Tax Return Filing. | | |
| 15 | April 23, 2013. 341 Meeting Testimoney taken of Russell Louis Furie. | | |
| 16 | April 25, 2013. Notice of Continued Meeting of Creditors and Appearance of Debtor. | | |
| 17 | May 4, 2013. Email from Plaintiff to Defendant. | | |
| 18 | October 13, 2011. Special Power of Attorney. | | |
| 19 | July 1, 2011 through July 29, 2011. Chase Bank Statements for Accounting ending in 7310. | | |
| 20 | June 14, 2011 through July 14, 2011. Chase Bank Statements for Accounting ending in 0430. | | |
| 21 | August 29, 2012. 2011 Federal S Corporation Income Tax Return for RKF Investments, Inc. | | |
| 22 | August 30, 2102. 2011 Federal Individual Income Tax Return for Defendant. | | |
| 23 | February 19, 2009. 2009 U.S. Income Tax Return for an S Corporation for KMF Investments, Inc. | | |

C:\Documents and Settings\fortier\Local Settings\Temp\Order#230761#86deff4e-1d32-45ad-a77d-647ec0b49989.doc

6

| ID. NO. | DESCRIPTION | DATE INTRODUCED | DATE ADMITTED |
|---|---|---|---|
| 24 | September 30, 2010. Domestic Stock Corporation Certificate of Dissolution. | | |
| 25 | March 6, 2012. Statement of Decision and Order Re: Child Support and Attorney Fees. | | |
| 26 | October 16, 2012. Court's Final Ruling. | | |
| 27 | April 14, 2012. Declaration of Russell Furie in Support of Voluntary Bankruptcy Filing. | | |
| 28 | September 7, 2011. Judgment. | | |

                                        Respectfully submitted,

DATED: February 3, 2014                  **ROQUEMORE, PRINGLE & MOORE, INC.**

                                        By: /s/Toan B. Chung
                                            Toan B. Chung, Esq.
                                            Attorney for Plaintiff Rosendo Gonzalez,
                                            Chapter 7 Trustee

# Exhibit B

Plaintiff intends to call the following witnesses at trial, without waiving the right to introduce additional witnesses for the purpose of rebuttal or impeachment.

1. Russell Furie; 26766 Claudette Street, #415, Canyon Country, CA 91351
2. Kelly Furie; 26802 Terravista Street, Canyon Country, CA 91351
3. Joseph Brown; 13808 Ventura Blvd., Sherman Oaks, CA 91423
4. Elizabeth S. Romero; 27800 McBean Pkwy, #148, Valencia, CA 91354

Respectfully submitted,

DATED: February 3, 2014            **ROQUEMORE, PRINGLE & MOORE, INC.**

By: /s/ Toan B. Chung
    Toan B. Chung, Esq.
    Attorney for Plaintiff Rosendo Gonzalez,
    Chapter 7 Trustee